```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 13943
     JANICE L MORGAN NORWOOD
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY

           Debtor
     SSN XXX-XX-1548


-------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 08/03/2007 and was confirmed 10/04/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was converted to chapter 7 after confirmation 10/23/2008.
-------------------------------------------------------------------------------
CREDITOR NAME           CLASS        CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                       PAID          PAID
-------------------------------------------------------------------------------
OCWEN FEDERAL BANK      CURRENT MORTG      .00           .00            .00
OCWEN FEDERAL BANK      MORTGAGE ARRE   296.60           .00         296.60
NUVELL CREDIT CO LLC    SECURED NOT I      .00           .00            .00
NUVELL CREDIT CO LLC    UNSECURED     15238.40           .00            .00
COOK COUNTY TREASURER   SECURED        2400.00           .00         150.00
CALVARY PORTFOLIO SVCS  UNSECURED     NOT FILED          .00            .00
CITY OF CHICAGO PARKING FILED LATE      640.00           .00            .00
DEPENDON COLLECTION     UNSECURED     NOT FILED          .00            .00
HELEIO                  UNSECURED     NOT FILED          .00            .00
KCA FINANCIAL SERVICES  UNSECURED     NOT FILED          .00            .00
MEDICAL BUSINESS BUREAU UNSECURED     NOT FILED          .00            .00
MEDICAL COLLECTION      UNSECURED     NOT FILED          .00            .00
FISHER & SHAPIRO        NOTICE ONLY   NOT FILED          .00            .00
ROBERT J SEMRAD & ASSOC DEBTOR ATTY    2,084.00                    2,084.00
TOM VAUGHN              TRUSTEE                                       194.40
DEBTOR REFUND           REFUND                                          .00

          Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS        DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 2,725.00

PRIORITY                                      .00
SECURED                                    446.60
UNSECURED                                     .00
ADMINISTRATIVE                           2,084.00
TRUSTEE COMPENSATION                       194.40
DEBTOR REFUND                                 .00
                        --------------   --------------
TOTALS                  2,725.00         2,725.00


               PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 13943 JANICE L MORGAN NORWOOD
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 01/27/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE